SEALED BY ORDER OF THE COURT

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 01 2001

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR01-00035 SOM |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. § 841(a)(1)] |
| KIMBERLY JOY KIPU, | |
| Defendant. | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about February 11, 2000, in the District of Hawaii, the defendant, KIMBERLY JOY KIPU, did knowingly and intentionally distribute more than five (5) grams of crystal methamphetamine, "ice," to wit, approximately 25 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 2

The Grand Jury further charges that:

On or about February 25, 2000, in the District of Hawaii, the defendant, KIMBERLY JOY KIPU, did knowingly and intentionally distribute more than five (5) grams of crystal methamphetamine, "ice," to wit, approximately 27 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: \_\_\_\_2/1\_\_\_\_, 2001 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

United States v. Kimberly Joy Kipu
"Indictment"
Cr. No.